# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**DEMETRIUS ISSAC CAREY,**
    Plaintiff,

**v.**

**STATE OF ALABAMA,**
    Defendant.

Case No. 4:24-cv-933-CLM-SGC

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case without prejudice for failure to prosecute. (Doc. 5). Though the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case without prejudice for failure to prosecute.

The court will enter a separate final order that closes this case.

**Done** on November 13, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE